*Terence J. McManus* for appellant.

*William Travers Jerome, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, WERNER, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* CHARLES M. JOYCE, Respondent.

*People* v. *Joyce*, 112 App. Div. 717, affirmed.
(Argued May 29, 1907; decided June 14, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 2, 1906, which reversed a judgment of the Onondaga County. Court rendered upon a verdict convicting the defendant of the crime of abandoning children under fourteen years of age.

*George W. Standen* and *William L. Barnum* for appellant.

*Harley J. Crane* for respondent.

Order affirmed; no opinion.
Concur: O'BRIEN, EDWARD T. BARTLETT, HAIGHT, WERNER, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.

---

DAVID SEXTON, as Administrator of the Estate of GRACE SEXTON, Deceased, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Sexton* v. *N. Y. C. & H. R. R. R. Co.*, 114 App. Div. 678, affirmed.
(Argued May 29, 1907; decided June 14, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 27, 1906, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover for the death of plaintiff's intestate alleged to have been caused by defendant's negligence.